# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2014

## NO. 03-14-00047-CR

**Jon Drake, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## DISMISSED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record, it appears that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.